IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUBERT DARYL CORBIN
ADC #128126                                                                                                  PETITIONER

VS.                                         5:06CV00115 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                           RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that the Petition for Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is DENIED, and the case is DISMISSED, WITH PREJUDICE.

Dated this 8th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE